# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

QUINTIN L. MOORE
ADC #167402                                                              PLAINTIFF

v.                          No. 5:17-cv-309-DPM

DARYL BROWN, Sergeant;
STEVEN MITCHELL, Sergeant;
CHRISTOPHER PENNINGTON, Sergeant;
LINDA COOK, Sergeant;   and
RUSSELL MCCRIMMON, Corporal,
Delta Regional Unit, ADC                                                 DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Moore hasn't filed a substituted complaint;  his mail is still be returned undelivered.  № 5 & 6.  The complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2018