IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QUINTIN L. MOORE
ADC #167402                                                    PLAINTIFF

v.                       No. 5:17-cv-309-DPM

DARYL BROWN, Sergeant;
STEVEN MITCHELL, Sergeant;
CHRISTOPHER PENNINGTON, Sergeant;
LINDA COOK, Sergeant; and
RUSSELL MCCRIMMON, Corporal,
Delta Regional Unit, ADC                                      DEFENDANTS

## JUDGMENT

Moore's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2018